# United States District Court
## District of Maryland

UNITED STATES OF AMERICA

v.

ANTHONY BOYD

**WARRANT FOR ARREST**

**FILED**

MAY 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case No. 07-493M

08 - 318 - M 01

TO:   The United States Marshal and any
      Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest ___ANTHONY BOYD___ | and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☒ Probation Violation Petition

charging him/her with *(brief description of offense)*  Violation Of Probation

in violation of Title ___18___ United States Code, Section(s) ___3565___

WILLIAM CONNELLY
Name of Issuing Officer

Hannah Bea Merez
(By) Deputy Clerk

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

May 12, 2008    Greenbelt, MD
Date and Location

Bail fixed at $___MUST APPEAR___

by _____
WILLIAM CONNELLY
UNITED STATES MAGISTRATE JUDGE

| RETURN |
| --- |

This warrant was received and executed with the arrest of the above-named defendant at _____
333 Constitution Ave NW
Washington DC 20001

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| --- | --- | --- |
| 5\|12\|08 | Stephanie K. Owens | |
| Date of Arrest | Deputy U.S. Marshal | |
| 5\|14\|08 | | 5/15/08 |

I hereby attest and certify on ...
that the foregoing document ...
copy of the original ...
legal custody ...

CLE...

By _____ Deputy

U.S. DISTRICT COURT (Rev 12/98)

# United States District Court
## for the
### DISTRICT OF MARYLAND

**08-318-M 01**

U S A. vs. Anthony Boyd

Docket No.: 07-493M

### Petition on Probation

COMES NOW **Laura Reber** PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **Anthony Boyd** who was placed on supervision for **Driving with Suspended and Driving Under the Influence, a Class C misdemeanor\***, by the Honorable **William Connelly, U.S. Magistrate Judge**, sitting in the court at **Greenbelt, Maryland**, on the **28th day of January, 2008** who fixed the period of supervision at **18 months**, and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms as follows:

\* Pursuant to MTA 16-303 (b), and 36 CFR 4 23 (a) (1) the maximum penalty for the offense of conviction is 6 months

1. The defendant is instructed to pay a Special Assessment in the amount of $20.00.
2. The defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.
3. The defendant shall perform 50 hours of community service with the first 12 months of probation as directed by the probation officer.
4. The defendant is instructed to pay a Processing Fee in the amount of $50.00.
5. The Defendant shall not operate a motor vehicle until properly licensed..

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**WHEREAS:** Mr. Boyd in violation of the Statutory Condition which states that the defendant shall refrain from any unlawful use of a controlled substance. Mr Boyd submitted positive urinalysis on **February 14, 2008** cannabinoids and phencyclidine, **February 21, 2008** phencyclidine, **February 25, 2008** phencyclidine, **March 3, 2008** cannabinoids and phencyclidine **March 25, 2008**, phencyclidine, **March 27, 2008** phencyclidine, and **March 31, 2008** phencyclidine

**PRAYING THAT THE COURT WILL ORDER** that a hearing be held requiring Anthony Boyd to appear before this court to show cause why his supervision should not be revoked

### ORDER OF COURT

Considered and ordered as prayed this 23rd day of ____ April, 2008 and ordered filed and made a part of the records in the above case.

_____
William Connelly
U S Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct,

_____
Laura Reber, Special Offender Specialist

Date    April 22, 2008

Reviewed and Approved By

_____
Madeline Gill, Supervisory U S Probation Officer

Date    4/23/08

Place Greenbelt, Maryland

# United States District Court
## for the
## DISTRICT OF MARYLAND

U.S.A. vs Anthony Boyd                                        Docket No.: 07-493M

### Petition on Probation

COMES NOW Laura Reber PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Anthony Boyd who was placed on supervision for Driving with Suspended License & Driving Under the Influence, a Class B- misdemeanor*, by the Honorable William Connelly, U.S. Magistrate Judge, sitting in the court at Greenbelt, Maryland on the 28th day of January, 2008 who fixed the period of supervision at 18 months, and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms as follows.

* Pursuant to U.S.C § , the maximum penalty for the offense(s) of conviction is 6 months

1.   The defendant is instructed to pay a Special Assessment in the amount of $20.00, and a processing fee in the amount of $50.00, within 120 days..
2.   The defendant shall perform fifty (50) hours of community service as directed by the probation officer within the first year of supervision..
3.   Substance abuse testing.
4.   No driving w/o valid license.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS.

(If short insert here, if lengthy write on separate sheet and attach)

WHEREAS    1    On April 17, 2008, Mr. Boyd tested positive for phencyclidine in violation of the Statutory Condition which states that the defendant shall refrain from any unlawful use of a controlled substance

PRAYING THAT THE COURT WILL ORDER that a hearing be held requiring Anthony Boyd to appear before this court to show cause why his supervision should not be revoked

ORDER OF COURT                                   I declare under penalty of perjury that the foregoing is true and
Considered and ordered as prayed this 12th day of          correct
___, 2008 and ordered filed and made a part of the
records in the above case

                                                 Laura L. Reber  Special Offender Specialist

                                                 Date    May 9, 2008

William Connelly
U.S. Magistrate Judge                            Reviewed and Approved By

                                                                      for
                                                 Madeline Gill, Supervisory U.S. Probation Officer

                                                 Place Greenbelt, Maryland

U.S. Probation and Pretrial Services

# MEMORANDUM

08 - 318 - M  01

**DATE:**     May 9, 2008

**TO.**     The Honorable William Connelly
             U.S. Magistrate Judge

**FROM:**     Laura L. Reber
             Special Offender Specialist

**RE:**     BOYD, Anthony
             Docket No.: 07-493M
             Exp. Date: 7/27/2009

**SUBJ:**     <u>SUPPLEMENTAL</u>

**FILED**

**MAY 1 4 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### Sentencing Information:

On January 28 2008, Anthony Boyd appeared before Your Honor for sentencing subsequent to conviction for the offense of Driving with Suspended License & Driving Under the Influence. He was placed on probation for a period of 18 months, with the following conditions imposed 1) The defendant is instructed to pay a Special Assessment in the amount of $20.00, and pay a Court Processing fee in the amount of $50.00, within 120 days; 2) The defendant shall perform fifty (50) hours of community service as directed by the probation officer within the first year of supervision. 3) Substance abuse testing, and 4) No driving w/o valid license.

Please refer to previously submitted report dated April 22, 2008

### Adjustment to Supervision/Violations Alleged:

In addition to the previously reported noncompliance, Mr Boyd continues to use phencyclidine This officer was notified on May 5, 2008, that Mr Boyd provided a urinalysis on April 17, 2008, positive for phencyclidine.

Based on the above, this officer alleges the following violation of supervision

1.     On April 17, 2008, Mr. Boyd tested positive for phencyclidine in violation of the Statutory Condition which states that the defendant shall refrain from any unlawful use of a controlled substance

### Recommendation:

Based on the above, this officer respectfully requests this additional allegation of noncompliance be included in the pending violation of probation hearing.

I have attached a Form 12 for the Court to execute, should Your Honor concur

Should Your Honor have any questions or concerns, this officer is available at (301) 344-3837

Mr. Boyd's last known address

Mr. Boyd was represented at sentencing by Susan Bauer, Office of the Federal Public Defender, 6411 Ivy Lane, Suite 710, Greenbelt, MD 20770-4510

The Government was represented at sentencing by June Nathan, U.S. Courthouse, Suite 400, 6500 Cherrywood Lane, Greenbelt, Maryland 20770

Attachment

U.S. DISTRICT COURT ( Rev. 5/05)

# United States District Court
## District of Maryland

08 - 3 18 - M 01

UNITED STATES OF AMERICA

SUMMONS IN A
CRIMINAL CASE

v.

ANTHONY BOYD

Case No.: 07-493M

YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| United States Courthouse<br>6500 Cherrywood Lane<br>Greenbelt, Maryland 20770 | 3B |
| | DATE AND TIME<br>May 12, 2008 at 9:30 a.m. |

To answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice   ☒ Probation Violation Petition

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

INITIAL APPEARANCE FOR PROBATION VIOLATION

| U.S. Magistrate Judge | DATE<br>April 28, 2008 |
|---|---|
| NAME AND TITLE<br>WILLIAM CONNELLY, UNITED STATES MAGISTRATE JUDGE | |

PROB 13
(Rev. 5/86)

# United States District Court
## for the
### DISTRICT OF MARYLAND

U.S.A vs. Anthony Boyd                                    Docket No.: 07-493M

### Petition on Probation

COMES NOW **Laura Reber** PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **Anthony Boyd** who was placed on supervision for **Driving with Suspended and Driving Under the Influence, a Class C misdemeanor\***, by the Honorable **William Connelly, U.S. Magistrate Judge**, sitting in the court at **Greenbelt, Maryland**, on the **28th** day of January, 2008 who fixed the period of supervision at **18 months**, and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms as follows:

\* Pursuant to MTA 16-303 (b), and 36 CFR 4.23 (a) (1) the maximum penalty for the offense of conviction is 6 months

1. The defendant is instructed to pay a Special Assessment in the amount of $20.00.
2. The defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.
3. The defendant shall perform 50 hours of community service with the first 12 months of probation as directed by the probation officer.
4. The defendant is instructed to pay a Processing Fee in the amount of $50.00.
5. The Defendant shall not operate a motor vehicle until properly licensed..

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

WHEREAS:     Mr. Boyd in violation of the Statutory Condition which states that the defendant shall refrain from any unlawful use of a controlled substance. Mr. Boyd submitted positive urinalysis on February 14, 2008 cannabinoids and phencyclidine, February 21, 2008 phencyclidine, February 25, 2008 phencyclidine, March 3, 2008 cannabinoids and phencyclidine, March 25, 2008, phencyclidine, March 27, 2008 phencyclidine, and March 31, 2008 phencyclidine.

PRAYING THAT THE COURT WILL ORDER that a hearing be held requiring Anthony Boyd to appear before this court to show cause why his supervision should not be revoked.

ORDER OF COURT
Considered and ordered as prayed this 23rd day of April, 2008 and ordered filed and made a part of the records in the above case.

_____
William Connelly
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct,

_____
Laura Reber, Special Offender Specialist

Date     April 22, 2008

Reviewed and Approved By:

_____
Madeline Gill, Supervisory U.S. Probation Officer

Date     4/23/08

U.S. Probation and Pretrial Services
# MEMORANDUM

08-318-M 01

RECEIVED IN THE CHAMBERS OF
WILLIAM
APR 2 8 2008
UNITED STATES MAGISTRATE JUDGE

DATE:       April 22, 2008

TO:         The Honorable William Connelly
            U.S. Magistrate Judge

FROM:       Laura L. Reber
            Special Offender Specialist

RE:         BOYD, Anthony
            Docket No.: CR 07-493
            Exp. Date: July 27, 2009

SUBJ:       Notice of Violation - Hearing Requested

**Sentencing Information:**
On January 28, 2008, Anthony Boyd appeared before Your Honor for sentencing subsequent to
conviction for the offense of Driving with Suspended License and Driving Under the Influence
He was placed on probation for a period of 18 months, with the following conditions imposed: 1)
The defendant is instructed to pay a Special Assessment in the amount of $20.00; 2) The
defendant is instructed to pay a Processing Fee in the amount of $50.00; 3) The defendant shall
satisfactorily participate in a treatment program approved by the probation officer relating to
substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed
necessary by the probation officer, 4) The Defendant shall preform fifty hours of community
service within the first twelve months of probation as directed by probation officer, and 5) The
defendant shall not operate a motor vehicle until properly licensed.

Mr. Boyd's probation case was transferred to the District of Columbia and is currently being
supervised by United States Probation Officer Pasquinucci Miller.

**Adjustment to Supervision/Violations Alleged:**
Mr. Boyd has submitted the following positive urinalysis tests:

                February 14, 2008: cannabnoids and phencyclidine.
                February 21, 2008: phencyclidine
                February 25, 2008: phencyclidine
                March 3, 2008: cannabinoids and phencyclidine
                March 25, 2008: phencyclidine
                March 27, 2008: phencyclidine
                March 31, 2008: phencyclidine



BOYD, Anthony
Violation Report
Page 2

As reported by United States Probation Officer Pasquinucci Miller, Mr. Boyd began his supervision using illegal drugs and has consistently continued to use illegal substances throughout supervision.

Based on the above, this officer alleges the following violations of supervision:

1.    Mr. Boyd is in violation of the Statutory Condition which states that the defendant shall not illegally use or possess a controlled substance. Mr. Boyd submitted positive urinalysis on **February 14, 2008**: cannabinoids and phencyclidine, **February 21, 2008**: phencyclidine, **February 25, 2008**: phencyclidine, **March 3, 2008**: cannabinoids and phencyclidine, **March 25, 2008**: phencyclidine, **March 27, 2008**: phencyclidine, and **March 31, 2008**: phencyclidine

Recommendation:
Based on the violations stated above, this officer respectfully recommends that a hearing be held requiring Mr Anthony Boyd to appear before this court to show cause why his supervision should not be revoked.

I have attached a Form 12 for the Court to execute, should Your Honor concur.

The U.S. Sentencing Commission has issued policy statements effective November 1, 1990, for violation of probation and supervised release. The policy statements are contained in a revised Chapter Seven of the updated Guidelines Manual that incorporated amendments effective November 1, 1991, et. Seq. Additionally, 18 U.S.C. 3553©) requires the Court to state the reasons for its imposition of a particular revocation sentence. Effective September 13, 1994, the Court is required to consider the applicable guidelines or policy statements issued by the Sentencing Commission in the case of a violation of probation or supervised release - 18 U.S.C. 3553 (a)(4)(B). We are attaching a Violation Worksheet.

For original offenses that occurred on or after September 13, 1994, the Court is no longer limited to the guideline range that applied at the probation violator's original sentencing under 18 U.S.C. 3565 (a)(2) and 18 U.S.C 3553 (a)(4)(B). The Court has three incarceration options 1) Original Guideline Range; 2) Chapter 7 Worksheet Range; 3) Statutory Maximum.

When a violation of probation or supervised release is based on Possession of a Controlled Substance, Possession of a Firearm, or refusal of required drug testing, revocation is mandated and a term of imprisonment must be imposed. The "not less than one-third" language has been deleted. It should be noted that a refusal of required drug testing violation can only mean mandated revocation for these cases where the original offense occurred on or after September 13, 1994.

Should Your Honor have any questions or concerns, this officer is available at (301) 344-3837.

Mr. Boyd's last known address is

BOYD, Anthony
Violation Report
Page 3

Mr Boyd was represented at sentencing by the Federal Public Defenders Office, 6411 Ivy Lane. Suite 710, Greenbelt, MD 20770.

The Government was represented at sentencing by Jane Nathan, U.S. Courthouse, Suite 400. 6500 Cherrywood Lane, Greenbelt. Maryland 20770.


Attachment